IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

WORLD FUEL SERVICES EUROPE, LTD*
As successor in interest to
TRAMP OIL and MARINE LTD.,           *

and
                                     *
BROMLEY PARTNERSHIP, LLP

    Plaintiffs,
                                     *     Case No. 1:09-cv-00629-JFM
v.
                                     *
THE REPUBLIC OF IRAQ,

And
                                     *
THE STATE ENTERPRISE FOR WATER
TRANSPORT OF THE REPUBLIC            *
OF IRAQ,
                                     *
    Defendants.
                                     *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## DEFAULT JUDGMENT

**JUDGMENT BY DEFAULT** is hereby entered against Defendant the Republic of Iraq and the State Enterprise for Water Transport of the Republic of Iraq, both jointly and severally, for damages in the amount of $4,305,805.62 plus interest accruing as of December 1, 2009 at a daily rate of $712.33 until paid. Judgment is also entered against Defendant for costs of the filing of this action in the amount of $350.00

ENTERED this ___ day of _____, 2009

Felicia C. Cannon, Clerk
United States District Court for the District of Maryland

By: _____
Deputy Clerk

J. FREDERICK MOTZ